

MARK J. BENNETT          2672
Attorney General of Hawaii

CARON M. INAGAKI         3835
KENDALL J. MOSER         6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1494
Facsimile:  (808) 586-1369
E-Mail:  Kendall.J.Moser@hawaii.gov

Attorneys for Petitioners
CLAYTON FRANK and
STATE OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2009

at ___ o'clock and ___ min, ___ M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

WADE T. ITAGAKI,

            Plaintiff,

   vs.

CLAYTON FRANK, STATE OF
HAWAII, AND JOHN AND/OR JANE
DOES 1-10,

            Defendants.

CIVIL NO. CV09  00110 SOM LEK

NOTICE OF REMOVAL; EXHIBIT
"1"; CERTIFICATE OF SERVICE

NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF HAWAII

Petitioners Clayton Frank and State of Hawaii, (collectively

"Petitioners") herein show:

1.      A civil action has been commenced and is now in the First

Circuit Court of the State of Hawaii wherein Wade T. Itagaki is the Plaintiff and

Petitioners are Defendants, which action is designated Civil No. 08-1-1871-09

EEH.  A copy of the Complaint is attached hereto as Exhibit "1".

2.      Said action is a civil action of which the United States District

Courts have original jurisdiction, in that the action is brought to recover damages

pursuant to 42 U.S.C. § 1983 for alleged deprivation by Petitioners, acting under

the color of state law, of rights guaranteed Plaintiff under the Constitution of the

United States.  This Court has original jurisdiction over such matters pursuant to

28 U.S.C. § 1343(a)(3), and the right to remove such action to this Court is granted

pursuant to 28 U.S.C. § 1441.

3.      By this removal, Petitioner Clayton Frank, to the extent he is

being sued in his official capacity as an employee of a sovereign state of the United

States, and Petitioner State of Hawaii are expressly NOT waiving their rights to

sovereign immunity pursuant to the Eleventh Amendment of the Constitution of

the United States.

2

4.      Petitioners have expressly consented to this removal.

WHEREFORE, Petitioners pray that this action be removed to this

Court.

DATED:  Honolulu, Hawaii, March __16__, 2009.

STATE OF HAWAII

MARK J. BENNETT
Attorney General
State of Hawaii


KENDALL J. MOSER
Deputy Attorney General

Attorney for Petitioners
CLAYTON FRANK and
STATE OF HAWAII