ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                    1412
LAWRENCE I. KAWASAKI             5820
DELLA A. BELATTI                 7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434

MYLES S. BREINER
ATTORNEY AT LAW
A LAW CORPORATION

MYLES S. BREINER                 4364
841 Bishop Street, Suite 2115
Honolulu, Hawai'i 96813
Telephone:   526-3426
Facsimile:   521-7680

Attorneys for Plaintiff

1ST CIRCUIT COURT
STATE OF HAWAII.
FILED

2008 SEP 12 PM 3: 10

M.N. TANAKA
CLERK

2008 FEB 25 P 2: 30

DEPT OF PUBLIC SAFETY
OFFENDER MGT OFFICE
RECEIVED

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | | |
|---|---|---|
| WADE T. ITAGAKI, | ) | CIVIL No. 08-1-1871-09    E E H |
| | ) | (Other Civil Action) |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR DAMAGES; |
| vs. | ) | SUMMONS |
| | ) | |
| CLAYTON FRANK; STATE OF HAWAI'I; | ) | |
| and JOHN AND/OR JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

COMPLAINT FOR DAMAGES

Plaintiff WADE T. ITAGAKI [hereinafter "Plaintiff"], by and through his undersigned

attorneys, alleges the following:

**EXHIBIT "1"**

I do hereby certify that this is a full, true, and
correct copy of the original on file in this office.

Clerk Circuit Court, First Circuit

## Introduction

1.      This is an action to redress the deprivation under color of statutes, ordinances, rules, regulations, customs, policies, practices, and/or usages of rights, privileges, and immunities secured under the Fifth, Eighth, Ninth and Fourteenth Amendments to the Constitution of the United States, inter alia, and the Constitution and other laws of the State of Hawai'i, and 42 U.S.C. Section 1983, et seq.

## PARTIES

2      Plaintiff is and has been a resident of the State of Hawai'i at all times pertinent hereto.

3      At all times pertinent hereto Plaintiff was incarcerated in the Oahu Community Correctional Center, Honolulu, Hawai'i [hereinafter "OCCC"].

4      Plaintiff is informed and believes, and thereupon alleges, that Defendant Clayton Frank, [hereinafter "Defendant Frank"] is and was the Director of the Department of Public Safety, State of Hawaii at all times pertinent hereto.

5      Defendant State of Hawai'i, through its Department of Public Safety, operates the Oahu Community Correctional Center [hereinafter "OCCC"] in which Plaintiff was incarcerated and is amenable to suit as provided by law.

6      Defendants John and/or Jane Does 1-10 [hereinafter "Doe Defendants"] are administrators, supervisors, corrections officers, counselors and/or other employees and/or staff of the Oahu Community Correctional Center and/or Corrections Division of the Department of Public Safety, State of Hawai'i whose true names and capacities are as yet unknown to Plaintiff and his counsel despite inquiry and due diligence, who acted and/or failed to act herein as more

particularly alleged below.  The true names and capacities of the Doe Defendants will be

substituted as soon as the same become known.  Doe Defendants are sued herein in both their

official and their individual capacities.

<u>FACTUAL ALLEGATIONS</u>

7.      On or about March 11, 2003 Plaintiff was arrested and detained at the Oahu

Community Correctional Center for a third probation violation in Cr. No. 95-1187.

8.      Plaintiff's detention continued until October 15, 2003 when he was committed to

the custody of the Department of Public Safety for a period of 5 years.

9.      Plaintiff was released from custody by at the Department of Public Safety on or

about November 29, 2006.

10.      Plaintiff is informed and believes, and thereupon alleges, that at the time of his

sentencing on October 15, 2003 he already had served a total of over two years in confinement in

Cr. No. 95-1187.

12.      Plaintiff is informed and believes that his incarceration exceeded the length of the

sentence imposed on him in Cr. No. 95-1187.

13.      As a direct and proximate result of the foregoing Plaintiff suffered the loss of his

freedom and deprivation of his liberties.

14.      As a direct and proximate result of the foregoing Plaintiff has suffered extreme

emotional distress.

<u>First Cause of Action</u>

15.      Plaintiff hereby incorporates all of the allegations  contained in Paragraphs 1

through 14 above.

16.    Plaintiff is informed and believes, and thereupon alleges, that the Defendants acted and/or purported to act herein under color of statutes, ordinances, rules, regulations, customs, policies, practices, and/or usages of the Department of Public Safety, State of Hawai'i.

17.    Plaintiff is informed and believes, and thereupon alleges, that the Defendants detained him at the Oahu Community Correctional Center in violation of rights guaranteed to him under the Fourth, Fifth, Eighth, Ninth, and Fourteenth Amendments to the United States Constitution and Article I, Sections 2, 5, 6, 7, 8, and 12 of the Constitution of the State of Hawai'i, inter alia.

Second Cause of Action

18.    Plaintiff hereby incorporates all of the allegations contained in Paragraphs 1 through 14, 16, and 17, above.

19.    Plaintiff is informed and believes, and thereupon alleges, that the Defendants' failure and/or refusal to adequately direct, supervise, and/or accurately and execute the sentencing determination of the court constitutes deliberate indifference and/or reckless disregard for the rights of Plaintiff in violation of rights guaranteed to Plaintiff under the United States Constitution and 42 U.S.C. Section 1983, inter alia.

Third Cause of Action

20.    Plaintiff hereby incorporates all of the allegations contained in Paragraphs 1 through 14, above.

21.    The Defendants owe a duty to Plaintiff to properly execute his sentence to confinement, and to promptly release him upon the expiration of his sentence.

22.    Defendants negligently breached their aforementioned duty thereby proximately

causing the injuries of which Plaintiff complains herein.

<u>Fourth Cause of Action</u>

23.     Plaintiff hereby incorporates all of the allegations contained in Paragraphs 1 through 14, above.

24.     Plaintiff is informed and believes, and thereupon alleges, that certain of the Defendants and/or certain other Doe Defendants acted herein knowingly, deliberately, intentionally, and maliciously without regard for the rights, interests, and well-being of Plaintiff.

WHEREFORE, Plaintiff prays for relief as follows:

(1)     For general damages according to the proof thereof at trial;

(2)     For special damages according to the proof thereof at trial;

(3)     For punitive damages against certain Doe Defendants.

(4)     For reimbursement of her costs and expenses herein, including reasonable provision for his attorneys' fees; and

(5)     For such further and additional relief as the Court deems appropriate and just.

DATED: Honolulu, Hawai'i, _____SEP 1 2 2008_____.

ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI
MYLES S. BREINER

Attorneys for Plaintiff

5

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | | |
|---|---|---|
| WADE T. ITAGAKI, | ) | CIVIL No. _____ |
| | ) | (Other Civil Action) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SUMMONS |
| | ) | |
| CLAYTON FRANK; STATE OF HAWAI'I; | ) | |
| and JOHN AND/OR JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANTS:

YOU ARE HEREBY summoned and required to file with the Clerk of this Court and serve upon Plaintiff's attorney, Eric A. Seitz, whose address is 820 Mililani Street, Suite 714, Honolulu, Hawai'i 96813, an answer to the Complaint for Damages which is herewith served upon you, within twenty (20) days after service of this Summons, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in Plaintiff's Complaint for Damages.

Personal delivery of this Summons is prohibited between 10:00 p.m. and 6:00 a.m. on premises not open to the general public unless a Judge of the Circuit Court permits, in writing on this summons, personal delivery during these hours.

/

/

/

/

A failure to obey this Summons may result in an entry of default and default judgment against the disobeying person or party.

DATED:    Honolulu, Hawai'i, _____ SEP 1 2 2008 .

M. N. TA____

_____
Clerk of the above-entitled Court

2