IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WADE T. ITAGAKI, | ) | CIVIL NO. 09-00110 SOM/LEK |
| | ) | |
| Plaintiff, | ) | SPECIAL VERDICT FORM |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2011

at ___ o'clock and ___ min ___ 
SUE BEITIA, CLERK

SPECIAL VERDICT FORM

You must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict Form before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully. <u>Each</u> answer requires the agreement of all jurors. If you do not understand any question, or if you wish to communicate with the court on any subject, you must do so in writing through the bailiff.

Question No. 1. Has Plaintiff Wade T. Itagaki proven by a preponderance of the evidence that he was held in prison past the date on which he should have been released?

Answer: ___X___ Yes        _____ No

If you answer "yes" to Question No. 1, proceed to Question No. 2. If you answer "no" to Question No. 1, skip all further questions, sign and date this form, and notify the bailiff.

Question No. 2.   Was the holding of Mr. Itagaki beyond the date on which he should have been released the result of negligence by the State?

Answer:  ___✗___ Yes            _____ No

If you answer "yes" to Question No. 2, proceed to Question No. 3. If you answer "no" to Question No. 2, skip all further questions, sign and date this form, and notify the bailiff.

Question No. 3.   State the amount of money that you award to Mr. Itagaki for the damages he suffered as a result of the State's negligent conduct.

Answer: $___83,000 ⁰⁰___

Sign and date this form on the back of this page and notify the bailiff.