DAVID M. LOUIE 2162
Attorney General of Hawaii

CARON M. INAGAKI 3835
KENDALL J. MOSER 6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
CLAYTON FRANK and
STATE OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WADE T. ITAGAKI,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLAYTON FRANK, STATE OF HAWAII, AND JOHN AND/OR JANE DOES 1-10,<br><br>                    Defendants. | CIVIL NO. 09-00110 SOM-LEK<br><br>DEFENDANT STATE OF HAWAII'S NOTICE OF APPEAL FROM (1) ORDER GRANTING IN PART, DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S CROSS-MOTION FILED ON JUNE 29, 2010, AND (2) JUDGMENT IN A CIVIL CASE FILED ON FEBRUARY 11, 2011; CERTIFICATE OF SERVICE<br><br>Trial Date: February 9, 2011<br>Chief Judge Susan Oki Mollway |

DEFENDANT STATE OF HAWAII'S NOTICE OF APPEAL FROM (1) ORDER GRANTING IN PART, DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S CROSS-MOTION FILED ON JUNE 29, 2010, AND (2) JUDGMENT IN A CIVIL CASE FILED ON FEBRUARY 11, 2011

Defendant State of Hawaii, by and through its attorneys, David M. Louie, Attorney General of Hawaii, and Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby gives notice of its appeal to the United States Court of Appeals for the Ninth Circuit from (1) the Order Granting in Part, Denying in Part Defendants' Motion for Summary Judgment and Denying Plaintiff's Cross-Motion filed on June 29, 2010, and (2) the Judgment in a Civil Case filed on February 11, 2011.

DATED: Honolulu, Hawaii, March 10, 2011.

STATE OF HAWAII

DAVID M. LOUIE
Attorney General
State of Hawaii

_/s/ Kendall J. Moser_
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendants
CLAYTON FRANK and
STATE OF HAWAII